

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00534-CV

**IN RE BLN PROPERTIES NO. 5, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Luz Elena D. Chapa, Justice

On July 29, 2014, relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). An opinion will follow.

It is so **ORDERED** on August 14th, 2014.     PER CURIAM

ATTESTED TO:



_____
Keith E. Hottle
Clerk of Court

---

[1]This proceeding arises out of Cause No. 2013-CI-14852, styled *Autowash Sales & Services, LLC v. BLN Properties No.2, LLC and BLN Properties No. 5, LLC*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.